UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:23-CR-00163 |
| v. | (Judge Brann) |
| JEREMY PAULEY | |

### DEFENDANT'S MOTION TO CONTINUE PSR OBJECTIONS DEADLINE

AND NOW, this 30th day of January 2024, comes the Defendant, Jeremy Pauley, by and through his attorney, Jonathan R. White, Esquire and DETHLEFS-PYKOSH LAW GROUP LLC, and respectfully requests This Honorable Court to grant this Motion to Continue PSR Objections and in support thereof avers as follows:

1. On January 19, 2024, a Draft Pre-Sentence Report was filed by Probation for the above Defendant.

2. Objections to the Pre-Sentence Report are due on February 5, 2024.

3. Undersigned counsel and the AUSA are currently undergoing negotiations regarding loss amounts and restitution.

4. Undersigned counsel has been in back-to-back trials in Northumberland County, Commonwealth v. Isaiah Covert CP-49-CR-1272-2021 and this week in Dauphin County, Commonwealth v. William Bailey CP-22-CR-3015-2021.

5. Due to the aforementioned, defendant is respectfully requesting a continuance of the PSR Objections Deadline.

6. Defense counsel contacted Assistant United States Attorney Sean Camoni, Esquire, who is in concurrence with the filing of this Motion.

WHEREFORE, a continuance of the PSR Objections Deadline is respectfully requested.

                                                                          Respectfully submitted,
                                                                          **DETHLEFS-PYKOSH LAW GROUP, LLC**

Dated:  January 30, 2024                            /s/ Jonathan R. White

                                                                          _____
                                                                          Jonathan R. White, Esquire
                                                                          PA ID No. 313808
                                                                          2132 Market Street
                                                                          Camp Hill, PA 17011
                                                                          (717) 975-9446
                                                                          jwhite@dplglaw.com
                                                                          *Attorney for Defendant*