# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 4:23-CR-00163 |
| v. | (Chief Judge Brann) |
| JEREMY PAULEY | |

## ORDER

**AND NOW**, this 1st day of December 2025, upon consideration of Defendant's Unopposed Motion to Continue, the sentencing hearing, **IT IS HEREBY ORDERED** that the motion is **DENIED.**

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge