

U.S. Department of Justice

*Brian D. Miller*
*United States Attorney*
*Middle District of Pennsylvania*

*Website: www.justice.gov/usao/pam/*
*Email: usapam.contact@usdoj.gov*

*William J. Nealon Federal Building*
*235 N. Washington Avenue, Suite 311*
*P.O. Box 309*
*Scranton, PA 18503-0309*
*(570) 348-2800*

*Sylvia H. Rambo Courthouse*
*1501 North 6th Street, 2nd Floor*
*P.O. Box 202*
*Harrisburg, PA 17102*
*(717) 221-4482*

*Herman T. Schneebeli Federal Building*
*240 West Third Street*
*Suite 316*
*Williamsport, PA 17701-6465*
*(570) 326-1935*

*Please respond to: Williamsport*

December 19, 2025

Honorable Chief Judge Brann
United States District Court
Middle District of Pennsylvania
240 West Third Street
Williamsport, PA 17701

     RE:   *United States v. Jeremy Pauley*
             District Case Number: 4:23-CR-00163

Dear Chief Judge Brann:

     This letter is offered to the Court as a supplement to the Government's Sentencing Memorandum (Doc. 58) and in anticipation of the sentencing of Jeremy Pauley ("Pauley") scheduled for December 22, 2025. The United States seeks to supplement the record concerning two arguments about the appropriate application of the Guidelines.

     First, as a supplement to the argument concerning whether the offenses of conviction – to include Pauley's offense of Conspiracy – "was committed through mass-marketing" pursuant to Section 2B1.1(b)(2)(A)(ii), the Government attaches the following evidence recovered from Facebook. The Court will find that one Facebook Private Group, titled, "Oddities Curiosities And Peculiar Antiques," has

approximately 35,000 members. Attached are photos related to Jeremy Pauley's personal sale of merchandise as well as another individual's sale of wallets made by Jeremy Pauley. *See* Government Exhibit 4.[1]

A screenshot of Pauley's personal Facebook page, with over 9,000 followers, is also included. Gov. Ex. 4, p. 5.  As noted previously, communicating on Facebook, co-conspirator Scott's first greeting to Pauley said, "I follow your page and work and LOVE it."  Doc. 58, p.11. As the evidence supports, Pauley's relationship with Scott and their criminal conspiracy arose from Pauley's mass marketing of his products, to include stolen human remains.

Finally, the Government reasserts that Pauley's ongoing conduct undermines his argument that he has accepted responsibility as required by the Guidelines. Section 3E1.1(a) of the Sentencing Guidelines states: "If the defendant clearly demonstrates acceptance of responsibility for his offense, decrease the offense level by two levels." The Guidelines make clear that "[t]he sentencing judge is in a unique position to evaluate a defendant's acceptance of responsibility. For this reason, the determination of the sentencing judge is entitled to great deference on review." USSG § 3E1.1 App. n. 5; *see also United States v. Ceccarani,* 98 F.3d 126, 129 (3d Cir. 1996).

Here, part of the underlying conduct of conviction involved the defendant turning stolen human skin into leather and discussing the fatty nature of the skin.  *See* Doc. 58, Gov. Ex. 2, p. 17; Gov. Ex. 3, p. 17 (filed under seal).  The Government cannot agree that the defendant clearly accepts responsibility for his offense in this case - when he continued to market human tallow candles and human leather for sale after his arrest guilty plea. *See* Doc. 58, Gov. Ex. 1, p. 3 (filed under seal).  When a commenter asked, "Is there a way you can prove these are genuine human?," Pauley's business partner and fiancé responded: "… if you know who Jeremy is that's proof enough 😅" Id. at p. 4.

---

[1] As this is a supplement to Doc. 58 (which had three attached exhibits), the Government offers this next Exhibit as Exhibit 4.

      Here, the defendant was convicted of Title 18 Pa.C.S.A. § 5510, Abuse of Corpse, for related conduct in this case. And, of course, part of the underlying conduct of conviction involved the exploitation of fetal remains. The Government cannot agree that the defendant clearly accepts responsibility for his offense in this case - where he continued to exploit fetal remains in a way that would outrage ordinary family sensibilities. *See* Doc. 58, Gov. Ex. 1, pp. 9-24 (filed under seal).

      Respectfully,

*[signature]*

ALISAN V. MARTIN
Assistant United States Attorney
Attorney I.D. No. PA 316757
United States Attorney's Office
240 West Third Street, Suite 316
Williamsport, PA  17701
Telephone:  570-326-1935
Email:  Alisan.Martin@usdoj.gov

cc:    Jonathan R. White, Esq.

3