


US v. Pauley_Gov. Ex. 3_001



HOOMAN SKIN WALLETS.

NEW PRICES!
1 2 0 0
1 4 0 0  with gator pockets

Skin tanned by Jeremy Lee Pauley

Ships from NY

No la ga tn



US v. Pauley_Gov. Ex. 3_002





3

US v. Pauley_Gov. Ex. 3_003



US v. Pauley_Gov. Ex. 3_004



5

US v. Pauley_Gov. Ex. 3_005