# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 4:23-CR-00163 |
| v. | (Chief Judge Brann) |
| JEREMY PAULEY, | |
| Defendant. | |

## VOLUNTARY SURRENDER FOR SERVICE OF TERM OF IMPRISONMENT

The Court, pursuant to 18 U.S.C. § 3143, hereby finds by clear and convincing evidence that **JEREMY PAULEY**, the defendant, is not likely to flee or pose a danger to the safety of any other person or other community if released pursuant to Section 3142 (b) or (c). The Court hereby orders that the defendant, having been sentenced in the above case to the custody of the Attorney General, shall surrender himself to the Attorney General at **2:00 P.M.** on **January 16, 2026** by reporting to an institution to be designated by the Federal Bureau of Prisons. The defendant shall contact the U.S. Marshal's Office no later than, three (3) days prior to the above date, to be notified of the place of confinement. It is further ordered that, pending surrender, the conditions of release previously set shall remain in effect.

_____  _____
Matthew W. Brann, Chief United States District Judge    12/22/2025
                                                         (Date)

Acknowledgment:

I agree to report as directed in this order and understand that if I fail to do so, I am subject to a revocation of release, an order of detention, and a prosecution for contempt of court which is punishable by imprisonment, a fine or both.

_____  _____
(Defense Counsel)           (Defendant)