UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Case No. 4:23-CR-00163 |
|---|---|
| v. | **(Chief Judge Brann)** |
| JEREMY PAULEY | |

**MOTION TO EXTEND VOLUNTARY SURRENDER DATE**

AND NOW, this 15th day of January 2026, comes the Defendant, Jeremy Pauley, by and through his attorney, Jonathan R. White, Esquire and DETHLEFS-PYKOSH LAW GROUP LLC, and respectfully requests This Honorable Court to grant the within motion and in support thereof avers as follows:

1. On September 7, 2023, defendant waived his indictment.

2. On September 8, 2023, defendant pled guilty to Counts 1 and 2 of the Information.

3. On December 22, 2025, defendant was sentenced to 72 months confinement with a delayed surrender date of January 16, 2026.

4. Mr. Pauley has been designated to report to USP Canaan, the satellite camp.

5. Mr. Pauley has various body modifications, including transdermals (surgically implanted spikes) on his head.

6. Mr. Pauley had 19, but as of the filing of this motion, he has 13 remaining.

7. After review of BOP guidelines, it is believed and averred that these transdermals may be considered contraband and would result in Mr. Pauley being held in isolation until they can be surgically removed.

8. Since sentencing, Mr. Pauley has been working to have them removed, removing six (6) thus far.

9. The removal requires minor incision and surgical procedures and results in stitches that take approximately 5-7 days to heal.

10. In light of the aforementioned, Mr. Pauley is requesting a 30-day extension of his report date to February 16, 2026, so that he can continue to work on the removal of these transdermals through medical professionals and not be held in potential isolation at his report on January 16, 2026.

11. Mr. Pauley has been diligently attempting to schedule appointments with any medical professional to ensure proper removal of these transdermals.

12. While no set physician is scheduled as of this date, Mr. Pauley believes that an additional 30-days will be sufficient to accomplish this goal.

13. Mr. Pauley has remained released on pre-trial supervision since his indictment in September 2023, without violation, and is not a flight risk nor danger to society.

14. Undersigned counsel contacted Assistant United States Attorney Alisan Martin, Esquire, who does not concur with the filing of this motion.

WHEREFORE, it is respectfully requested that the court grant the within motion and defer Mr. Pauley's report date for 30 days to February 16, 2026.

Respectfully submitted,
**DETHLEFS-PYKOSH LAW GROUP, LLC**

Dated: January 15, 2026

/s/ Jonathan R. White

Jonathan R. White, Esquire
PA ID No. 313808
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
jwhite@dplglaw.com
*Attorney for Defendant*